UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of N.P.S.SF. Debt Co., S.à.r.l., pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,<br><br>Petitioner. | Misc. Case No. 23-mc-00217 |

**ORDER APPROVING APPLICATION OF N.P.S.SF. DEBT CO., S.À.R.L. PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings, (the "Application"), filed by Petitioner N.P.S.SF. Debt Co., S.à.r.l.  This Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Arvid Trolle, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoenas attached as Exhibits "A-S" to the Application on Standard Chartered Bank, Citigroup d/b/a Citibank, The Bank of New York Mellon Corporation, Bank of America, N.A., JPMorgan Chase Bank, N.A., Deutsche Bank AG, Deutsche Bank Trust Company Americas, HSBC Bank, Societe Generale, UniCredit Bank AG, Credit Suisse Bank N.A., UBS Group AG, Wells Fargo Bank, N.A., The Clearing House Payments Company L.L.C., Bank of China, BNP Paribas USA, Commerzbank AG, Mashreq Bank PSC, and Habib American Bank, respectively.

IT IS SO ORDERED.

Dated: July 7, 2023

_____
J. PAUL OETKEN
United States District Judge